**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1389**

_____

JAMES E. KANE,

        Plaintiff - Appellee,

    v.

KARL LINARD MALLOY,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Roderick Charles Young, District Judge. (3:24-cv-00200-RCY)

_____

Submitted: December 23, 2025                Decided: December 30, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order affirming the bankruptcy court's order approving the final fee application of Kane & Papa, P.C. in Malloy's bankruptcy proceeding. We have reviewed the record and considered the arguments presented on appeal, and we find no reversible error. Accordingly, we affirm the district court's order. *Kane v. Malloy*, No. 3:24-cv-00200-RCY (E.D. Va. Mar. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*